**AO 256 (Rev. 2/86)**

CRIMINAL DOCKET

| | | | | | | | | Case Filed | | | | | Def. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Assigned | | WRIT | | | Mo. | Day | Yr. | | |
| PO ☐ | 1129 | 04 | 2909 | | JUVENILE | VS. | PYE, TONY ANDRE | 01 | 19 | 89 | 89-04007-01 | |
| Misd. ☐ | | | Disp./Sentence | | ALIAS | | | | | | | |
| Felony☒☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | COCAINE..consp./dist. | No. of Def's | 2 | U.S. MAG. CASE NO. | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY NOLO |
|---|---|---|---|---|
| 21:841 | Dist. cocaine, 5 grams or more | CT.1 | ☒ ☐☐ | |
| 21:841 | Dist. cocaine, 50 grams or more | CT.2 | ☒ ☐☒ | |
| 21:841/846 | Consp. to poss. w/i/t/d 50 grams or more cocaine | CT.3 | ☒ ☐☐ | ☒ |

**CLOSED**

SUPERSEDING COUNTS

## II. KEY DATE

| INTERVAL ONE | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | END INTERVAL TWO |
|---|---|---|
| KEY DATE ☐ arrest / ☐ sum'ns / ☐ custody / ☐ appears-on complaint | KEY DATE ☒ Indictment filed/unsealed / ☐ consent to Magr. trial on complaint / ☐ Information / ☐ Felony-W/waiver | KEY DATE ☒ 1st appears on pending charge /R40 |
| EARLIEST OF | 1/19/89 APPLICABLE | KEY DATE ☐ Dismissal / ☐ Pled After N.G. / ☒ Nolo After nolo |
| | KEY DATE 1/27/89 APPLICABLE | ☐ Trial (voir dire) began ☐ Jury ☐ N.J. |

a) ☐ Indictment filed/unsealed
b) ☐ Receive file R20/21
c) ☐ Supsdg: ☐ Indt ☐ Inf
d) ☐ Order New trial
e) ☐ Remand f) ☐ G/P Withdrawn

1st appears on pending charge /R40
☐ Dismissal
☒ Pled / guilty After N.G.
☒ Nolo / After nolo

4/5/89 APPLICABLE

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | FINAL CHARGES DISMISSED | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 8/1/8? | ☐ PTD ☐ Nolle Pros. | ☐ on def motion ☐ on gov't motion / ☐ on S.T. grounds ☐ W.P. ☐ WOP |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION | Date Scheduled ▶ | | ☐ DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | | OR REMOVAL HEARING | Date Held ▶ | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | | ACCESSION # 02192054? |
| Date of Arrest | OFFENSE (In Complaint) 1/27/89 + 70 days = 4/7/89 | | | | | | BOX #3a6 4 VOL # 4 / LOCATION # 70213532 SAN |

Show last names and suffix numbers of other defendants on same indictment/information:

PYE-01    STEWART-02

| RULE | 20 | 21 | 40 | In | Out |
|---|---|---|---|---|---|

## ATTORNEYS

U.S. Attorney or Asst.

MICHAEL T. SIMPSON

Defense: 1 ☒ CJA.   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non / Other.   6 ☐ PD.   7 ☐ CD

Charles McMurry
1363 E. Lafayette
Tallahassee, FL 32301
(904) 878-6061

in-custody...state

**BAIL ● RELEASE**

| PRE-INDICTMENT | |
|---|---|
| Release Date | |
| Bail Denied | ☐ Fugitive |
| | ☐ Pers. Rec. |
| AMOUNT SET | ☐ PSA |
| $ | Conditions |
| Date Set | ☐ 10% Dep. |
| | ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty |
| | ☐ Other |

| POST-INDICTMENT | |
|---|---|
| Release Date | |
| Bail Denied | ☐ Fugitive |
| | ☐ Pers. Rec. |
| AMOUNT SET | ☐ PSA |
| $ | Conditions |
| Date Set | ☐ 10% Dep. |
| | ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty |
| | ☐ Other |

Court Reporters notes in box R8
4-4-89

Court Reporters notes in box R2
3/2/89

Court Reporters tapes in Env. 304
4-4-89

Court Reporters notes in box R9
7/31/89

**APPEALS FEE PAYMENTS**

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

### FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

AO 256
(Rev. 2/86)

CRIMINAL DOCKET

| | | | | Assigned | | | | | Case Filed | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PO ☐ | 1129 | 04 | | 2909 | | | | | Mo. | Day | Yr. | | | | | Def. | |
| Misd. ☐ | | | | Disp./Sentence | | | STEWART, KIMBERLY JERMANNE | | 01 | 19 | 89 | 89-04007-02 | | | | | |
| Felony XX ☐ District ☐ Off ☐ Judge/Magistr. | | | | | | | COCAINE..consp/dist. | | No. of Def's 2 | | U.S. MAG. CASE NO. | | | | | | |

☐ WRIT
☐ JUVENILE  vs.
☐ ALIAS
OFFENSE ON INDEX CARD

**I. CHARGES**

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. Y NG | GUILTY NOLO |
|---|---|---|---|---|
| 21:841 | Dist. cocaine, 50 grams or more | CT. 2 | XX | X |
| 21:841/846 | Consp. to Poss w/i/t/d 50 grams | | | X |
| | or more | CT. 3 | XX | X |

CLOSED

SUPERSEDING COUNTS

**II. KEY DATE**

| INTERVAL ONE | | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | | END INTERVAL TWO |
|---|---|---|---|---|
| KEY DATE / EARLIEST OF | ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint | KEY DATE 1/19/89 / APPLICABLE ☐ Indictment ☒ filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver | KEY DATE 1/27/89 a)☐ 1st appears on pending charge /R40 b)☐ Receive file R20/21 c)☐ Supsdg☐ Ind☐ Inf d)☐ Order New trial e)☐ Remand ☐ JG/P Withdrawn | KEY DATE 4/5/89 / APPLICABLE ☐ Dismissal ☐ Plea ☒ guilty ☐ N.G. After N.G. ☐ Nolo After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J. |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE 8 1 89 | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def ☐ motion on gov't ☐ motion |
|---|---|---|---|---|---|---|---|---|

**III. MAGISTRATE**

| | | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|---|
| Search Warrant | Issued | | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED |
| | Return | | | PRELIMINARY EXAMINATION | Date Scheduled ▶ | | ☐ HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT |
| Summons | Issued | | | ☐ REMOVAL HEARING | Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW |
| | Served | | | | | | |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | ACCESSION # 02 92 0544 | |
| COMPLAINT | | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | OFFENSE (In Complaint) 1/27/89 + 70 days = 4/7/89 | | | | | BOX # 3 of 4 VOL # 4 LOCATION # 70213532 SAN | |

Show last names and suffix numbers of other defendants on same indictment/information:

PYE -01    STEWART-02

RULE  20  21  40  In  Out

**IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.**

**ATTORNEYS**
U.S. Attorney or Asst.

Mike Simpson

Defense: 1 ☐ CJA. 2 ☐ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 ☒ PD. 7 ☐ CD

Robin C. Rosen , APD
227 N. Bronough St.
Tallahassee, FL 32302

IN CUSTODY....STATE

Deft
33 Thompson Street
Camilla, GA 31730
(912) 336-7192

Court Reporters notes in box R12
11/22/89

Court Reporters notes in box R7
3/2/89

Court Reporters notes in box R6
1-28-89

Court Reporters tapes in Env. 305
7-31-89

Court Reporters notes in box R9
7/31/89

Court Reporters notes in box R8
4-4-89

**BAIL ● RELEASE**

PRE-INDICTMENT

| Release Date | |
|---|---|
| ☐ Bail Denied | ☐ Fugitive |
| | ☐ Pers. Rec. |
| AMOUNT SET | ☐ PSA |
| $ | Conditions |
| | ☐ 10% Dep. |
| Date Set | ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty |
| | ☐ Other |

POST-INDICTMENT

| Release Date | |
|---|---|
| ☐ Bail Denied | ☐ Fugitive |
| | ☐ Pers. Rec. |
| AMOUNT SET | ☐ PSA |
| $ 10,000 | Conditions |
| Date Set 1/27/89 | ☒ 10% Dep. |
| | ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made 1/27/89 | ☐ 3rd Prty |
| | ☐ Other |

**FINE AND RESTITUTION PAYMENTS**

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET | *U. S. vs*  TONY ANDRE PYE  &  KIMBERLY JERMANNE | STEWART

AO 256A

| | | | | Yr. | Docket No. | Def. |

| DATE 1989 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 1/19 | 1 (ALL) | INDICTMENT..3 counts.  COPIES:USPO/USATTY | | | | |
| | 2 (PYE) | INFO SHEET..def. in custody state charges | | | | |
| | 3 (STEWRT) | INFO SHEET..def. in custody state charges | | | | |
| | 4 (PYE) | PETITION....for WHCAP for court appearance. | | | | |
| | 5 (STEWRT) | PETITION....for WHCAP for court appearance. | | | | |
| 1/23 | | RECEIVED....all of above paperwork from Pensacola clerk's office. | | | | |
| 1/13 | (BOTH) | WRIT........Issued for each def. for 1st appear. before Mag. Sherrill 1/27/89,2 PM, Talla, Fl. | | | | w |
| 1/25 | 6 (BOTH) | ORDER...(WS)...for arraignment.  Written plea papers to be filed by 1/31/89 or appear on 2/1/89, 10:00 a.m. to enter oral plea.  case set for TRIAL ON 3/13/89, 9:00 a.m., Talla., copies for deft's. counsel given to Mag. to hand out in open court on 1/27/89.  copy mailed to AUSA. | | | | sh |
| 1/27 | 7 (PYE) | ORDER.......(WCS)  Sealing First Appearance Paperwork cc: USA, McMurry | | | | |
| | 8 " | INITIAL APPEARANCE .......Paperwork Sealed | | | | td |
| | 9 (STEWART) | INITIAL APPEARANCE........Bond: $10,000 OR, 10% deposit, Made 1/27/89. PD appointed | | | | |
| | 10 " | ACKNOWLEDGEMENT.......Consent, Waiver and Plea of N/G | | | | |
| | 11 " | ACKNOWLEDGEMENT.....of Attorney. Trial set 3/13/89 | | | | td |
| | 12 (PYE) | ACKNOWLEDGEMENT.....Consent, Waiver and Plea of N/G | | | | |
| | 13 " | ACKNOWLEDGEMENT.....of Attorney. Trial set 31/13/89 | | | | td |
| 1/30 | 14 (STEWART) | ORDER........(WS) placing bond money in interest bearing account    cc: Faye | | | | td |
| | 15 " | REQUEST......for Discovery | | | | td |
| 1/31 | 16 " | USM return......of writ. Delivered 1/27/89 | | | | |
| | 17 (PYE) | USM return......of writ. Delivered 1/27/89 | | | | td |
| | 18 " | CJA 20........appointing Charles McMurry, atty for Pye | | | | td |
| 2/1/89 | 19 (ALL) | ORDER..(WS)...Setting trial and other pre-trial matters.   TRIAL 3/13/89, 9:00  a.m. Talla., copy mailed to Simpson,Rosen, & McMurry | | | | shr |
| 2/3 | 20 (PYE) | REQUEST.....for discovery. | | | | w |
| 2/16 | 21 (STEWART) | MOTION......for Disclosure of Guideline Sentencing Information | | | | td |
| 2/24 | 22 (ALL) | NOTICE.....Setting status conf. on 3/2/89, 11:00 a.m. Talla., copy mailed to Simpson, Rosen & McMurray | | | | shr |
| 3/2 | 23 (ALL) | MOTION......Government's, Sealed | | | | |
| | 24 " | MINUTES.....of Status Conference.  Trial continued to 4/17/89 | | | | |
| | 25 " | NOTICE.....resetting jury trial 4/17/89, 9:00 a.m., TL cc: Simpson, Rosen, McMurry, Stewart, Prob, USM,Sheila | | | | td |
| 3/21 | 26 (ALL) | NOTICE.....Setting Status Conf. on 4/14/89, 2:00 p.m., Talla., copy mailed to Simpson, Rosen & McMurry | | | | shr |
| 3/24 | 27 (ALL) | NOTICE.....Setting REARRAIGNMENT on 4/4/89, 3:00p.m., Talla., copy mailed to Simpson, McMurry, Rosen, USPO & USM | | | | shr |

STEW.
2/16
No RSP = 10

T=23
BOTH

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

PYE & STEWART

| DATE | (Document No.) | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|------|------|
| | | | | (a) | (b) | (c) | (d) |
| 4/5/89 | 28 | (STEWART) | PLEA.....agreement | | | | shr |
| 4/5 | 29 | (PYE) | PLEA.....agreement | | | | shr |
| 4/5 | 30 | (STEWART) | MINUTES.....REARRAIGNMENT, Deft. appeared w/atty. Robin Rosen & entered a plea of Guilty as charged in ct. 3. Plea & Plea agreement accepted & deft. A/G as charged in ct. 3. SENT. set on 6/6/89, 10:00 a.m., Talla. | | | | s |
| 4/5 | 31 | (PYE) | MINUTES.....REARRAIGNMENT. Deft. appeared w/atty. Charles McMurry & entered a plea of Guilty as charged in ct. 3 of the Indict. Plea and plea agreement accepted & deft. A/G as charged in ct. 3. Sent. set on 6/6/89, 10:00 a.m. Talla. | | | | shr |
| 4/5/ | 32 | (ALL) | NOTICE.....Setting SENTENCING on 6/6/89, 10:00 a.m., Talla., copy mailed to Mike Simpson, Robin Rosen, Charles McMurry, USPO & USM | | | shr | |
| 5/23 | 33 | (ALL) | NOTICE.....Resetting SENTENCING on 6/16/89, 3:00 p.m., Talla., FL. copy mailed to Simpson, McMurry, Rosen, USPO & USM | | | shr | |
| 5/23 | 34 | (GOV) | MOTION.....for continuance of sentencing. REF WS. | | | | w |
| 5/31 | 35 | (ALL) | REFERRAL AND ORDER........(WS) Motion for Continuance of Sentencing from 6/6/89 until after Mid-June) GRANTED cc: USA, McMurry, Rosen, Prob., USM | | | | i |
| 6/5 | 36 | (ALL) | NOTICE.....Resetting SENTENCING on 7/31/89, 9:00 a.m., Talla., copy mailed to Simpson, McMurry, Rosen, USPO & USM | | | shr | |
| 6/8 | 37 | (GOV) | MOTION....In camera In Re:StewartSEALED. REF WS | | | | w |
| | 38 | (GOV) | MOTION....In camera In Re:Pye. SEALED. FEF WS | | | | w |
| 8/1 | 39 | (PYE) | MINUTES.....Sentencing, Deft. appeared w/atty. Charles McMurry and was sentenced to impr. for 151 months, $50.00 SMA to be paid w/in 60 days from release from confinement & 5 yrs. supervised release. See J&C for special cond. Deft. to surrender to USM, Talla., 9/29/89, 12:00 noon. Deft. to obtain job before 8/4/89 or report for immediate incarceration. | | | | shr |
| | 40 | (STEWART) | MINUTES.....Sentencing, Deft. appeared w/atty. Robin Rosen & was sent. to 60 months prob. w/6 months to be served in a halfway treatment type facility & pay $50.00 SMA w/in 60 days from sentencing. See J&C for special cond. | | | | shr |
| 8/1 | 41 | (BOTH) | TRANSCRIPT....sentencing STATEMENT/REASONS on 7/31/89. | | | | w |
| 8/2 | 42 | (STEWART) | J & C....Probation for 60 months. Residence for 6 months to commence immediately in community correction center. See J & C for conditions of probation $50.00 sma cc: USA, USM, Prob., Rosen Talla COB "p"pg. 12 - 15 JS3 | | | | td |

Interval
(per Section II)
Start Date
End Date
Ltr.
Code
Total
Days

MASTER DOCKET................89–04007

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*   PYE & STEWART

AO 256A ⊕

| DATE 1989 | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 8/2 | 43   (PYE) | J & C.....151 months imprisonment.....Surrender 9/29/89, 12:00 noon, USM, TL..... 5 yrs. supervised release. See J & C for conditions of supervised release... $50.00 sma    cc: USA, Prob., USM, McMurry Talla. COB "P" pg. 7-11 JS 3 | | | | td |
| 8/9 | 44   (PYE) | PRESENTENCE REPORT......Sealed | | | | |
| | 45 (STEWART) | PRESENTENCE REPORT......Sealed | | | | to |
| 8/18 | 46   (PYE) | ORDER.....revoking bond and conditions of release. US Marshal is to take defendnat into custody immediately to begin serving sentence (See #43).   COPY:USM/USPO/McMurray/Simpson | | | | w |
| 9/21 | 47 (STEWART) | LETTER....requesting return of bond to Susie Mae Davis  Ref. WS w/proposed order | | | | td |
| 9/26 | 48     " | ORDER.....(WS) EOD 9/26/89 Bond to be returned to Susie mae Davis in amount of $1,000.00 plus interest cc: Faye | | | | td |
| 10/13 | 49   (PEY) | CJA 20.....pmt. approved for atyt. McMurry 236543 | | | | w |
| 11/3 | 50 (STEWART) | PETITION...for revocation of probation and arrest. WARRANT....Issued  11/3/89 delivered to USMarshal by SHR. | | | | v |
| 11/6 | 51 (STEWART) | NOTICE.....of hearing on revocation before WS 11/7/89, 2:30 PM.  Disbursed in Courtroom by TDean. | | | | |
| 11/7 | 52 (STEWART) | 1st APPEAR......paperwork 11/6/89 (WCS) PD appointed. Hgr. set for 11/7/89 continued, to be reset by WS Defendant detained pending hgr. | | | | td |
| 11/7 | 53 (STEWART) | WARRANT.......executed 11/3/89, USM | | | | td |
| 11/15 | 54 (STEWART) | NOTICE.....Setting PROB. REVO. HRG. on 11/22/89, 10:00 a.m., Talla., copy: Simpson, Rosen, USPO & USM | | | | shr |
| 11/22 | 55 (STEWART) | MINUTES....of Probation Revocation Hearing. Deft. enters plea of guilty to violation.  Court extends probation, 6 months from date in community treatment center.  Order to follow. | | | | td |
| 11/22 | 56 (STEWART) | ORDER.....(WS) EOD 11/22/89 USM directed to release deft. immediately Probation reinstated, with additional provision that time in the community treatment center be extended 6 months from date of order   cc: Simpson, Vossler, Probation, USM | | | | td |

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|

MASTER DOCKET

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

PYE & STEWART

| DATE 1990 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 6 /28 | 57 (GVT) | MOTION....to consider reduction of sentence as to defdt. **PYE** - Rule 35  cc: USPO | | | | g |
| 9/28 | 58 (PYE) | ORDER....(WS) EOD 10/1/90.  Defdt's sentence of confinement is reduced from 151 months to 100 months. Sent. imposed shall remain the same in all other respects.  cc: Simpson, McMurry, USPO, USM CROB# *R*  pp. *34-35* | | | | g |
| 4/15/92 | (STEWART, PYE) | Ret'd.......PSI's to Probation | | | | to |

Interval
(per Section II)

Start Date
End Date

Ltr. Total
Code Days